I. MARK BLEDSTEIN ESQ., SBN: 47482

# ADAM M. KOPPEKIN, ESQ. SBN 225267

LAW OFFICE OF I. MARK BLEDSTEIN
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)995-0801
Fax: (818)981-6098
E-mail: imblaw@pacbell.net

Attorney for Defendant
CARLOS ALFREDO OLAZABAL

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00325 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| CARLOS ALFREDO OLAZABAL, et al., | Judge: Garland E. Burrell, Jr. |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Samuel Wong, Assistant United States Attorney; defendants CARLOS ALFREDO OLAZABAL, by and through his counsel, Adam M. Koppekin, and MIGUEL FELIX LOPEZ, by and through his counsel, Kyle Knapp, that the status conference presently scheduled for November 22, 2013 be vacated and rescheduled for Status Conference on January 24, 2014 at 9:00A.M.

This continuance is requested to allow defense counsel additional time to prepare, to conduct factual investigation, to interview witness, and to review discovery. Counsel for each defendant needs additional time to research the sentencing guidelines that would apply to a

1

settlement suggestion made by the United States to resolve this case and advise each defendant of the ramifications of settling this case versus the possible risks and consequences of proceeding to trial. The task of communicating between defense counsel and client is made more difficult as each defendant's primary language is Spanish and a Spanish/English interpreter is needed to facilitate communications.

IT IS FURTHER STIPULATED that: (1) the time period from the date of the signing of the parties' stipulation, November 20, 2013, to and including the new status conference hearing date of January 24, 2013, shall be excluded from computation of time within which the trial in this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B) (iv) and Local Code T4 as the failure to grant the requested continuance would deny both defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: November 20, 2013                    Respectfully submitted,

                                            LAW OFFICE OF I. MARK BLEDSTEIN

                                            */s./ Adam M. Koppekin*
                                            _____
                                            Adam M. Koppekin
                                            Attorney for Defendant
                                            CARLOS ALFREDO OLAZABAL

                                            */s./ Kyle Knapp*
                                            _____
                                            KYLE KNAPP
                                            Attorney for Defendant
                                            MIGUEL FELIX LOPEZ

BENJAMIN WAGNER
UNITED STATES ATTORNEY

By: /s/ Samuel Wong
_____
SAMUEL WONG
Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny both defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time beginning from the parties stipulation on November 20, 2013, up to and including the January 24, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B) (iv) and Local Code T 4, to allow both defense counsel reasonable time to prepare.

IT IS SO ORDERED:

Dated: November 21, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge